## *UNITED STATES DISTRICT COURT*
## *FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **OAO ALFA-BANK, ZAO ALFA-ECO, MIKHAIL FRIDMAN and PYOTR AVEN,** <br>   Plaintiff(s), <br><br> vs. <br><br> **CENTER FOR PUBLIC INTEGRITY KNUT ROYCE and NATHANIEL HELLER** <br>   Defendant(s). | Civil Case No.  00-2208(JDB) |

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that an Exhibits has been filed in CD-Rom form in a the Clerk's Office.  It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                                                        **NANCY MAYER-WHITTINGTON**

                                                                                        Clerk

**Date:8/3/04**