## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**OAO ALFA BANK, ZAO ALFA ECO, MIKHAIL FRIDMAN, and PYOTR AVEN,**

                **Plaintiffs,**

    **vs.**

**CENTER FOR PUBLIC INTEGRITY, KNUT ROYCE, and NATHANIEL HELLER,**

                **Defendants.**

**Case No. 1:00CV02208 (JDB)**

## DECLARATION OF CHAD R. BOWMAN

I, Chad R. Bowman, declare under penalty of perjury that the following is true and correct:

1.      I am associated with the law firm of Levine Sullivan Koch & Schulz, L.L.P., counsel for Defendants Center for Public Integrity ("CPI"), Knut Royce ("Royce"), and Nathaniel Heller ("Heller") (collectively "defendants") in the above-captioned action, and a member in good standing of the District of Columbia bar.  I submit this Declaration in support of the Reply Memorandum in Support of Defendants' Renewed Motion for Summary Judgment.  Except to the extent otherwise indicated, I have personal knowledge of the facts herein and would be competent to testify to them in this action.

2.      Attached hereto as Exhibit 1 is a true and correct copy of relevant excerpts from the transcript of the deposition of Pyotr Aven, dated June 4 and 5, 2002.

3.      Attached hereto as Exhibit 2 is a true and correct copy of relevant excerpts from the transcript of the deposition of Sergey Bakumov, dated September 25, 2002.

4.      Attached hereto as Exhibit 3 is a true and correct copy of relevant excerpts from the transcript of the deposition of Igor O. Baranovsky, dated September 24, 2002.

5.      Attached hereto as Exhibit 4 is a true and correct copy of relevant excerpts from the transcript of the deposition of Rory Davenport, dated June 11, 2002.

6.      Attached hereto as Exhibit 5 is a true and correct copy of relevant excerpts from the transcript of the deposition of Alexander Fain, dated April 10, 11 and 12, 2002.

7.      Attached hereto as Exhibit 6 is a true and correct copy of relevant excerpts from the transcript of the deposition of Mikhail Fridman, dated February 5 and 6, 2002.

8.      Attached hereto as Exhibit 7 is a true and correct copy of relevant excerpts from the transcript of the deposition of Joel Kaplan, dated February 9 and 10, 2004.

9.      Attached hereto as Exhibit 8 is a true and correct copy of relevant excerpts from the transcript of the deposition of German Khan, dated July 17 and 18, 2002.

10.      Attached hereto as Exhibit 9 is a true and correct copy of relevant excerpts from the transcript of the deposition of Charles Lewis, dated May 16 and 17, 2002.

11.      Attached hereto as Exhibit 10 is a true and correct copy of relevant excerpts from the transcript of the deposition of Richard Palmer, dated April 25, 2003.

12.      Attached hereto as Exhibit 11 is a true and correct copy of relevant excerpts from the transcript of the deposition of Knut Royce, dated March 28 and 29, 2002.

13.      Attached hereto as Exhibit 12 is a true and correct copy of relevant excerpts from the transcript of the deposition of Dmitry Sergeev, dated July 9, 2002.

14.      Attached hereto as Exhibit 13 is a true and correct copy of relevant excerpts from the transcript of the deposition of Aleksandr Tolchinsky, dated April 8, 2002.

15.      Attached hereto as Exhibit 14 is a true and correct copy of relevant excerpts of Defendants' Deposition Exhibit 77, which is the "Alfa Bank Annual Report 2000."

16.     Attached hereto as Exhibit 15 is a true and correct copy of a document produced by plaintiffs in discovery bearing Document Identification Nos. P0009238-0009255, which is a Decision of the Arbitration Court of the City of Moscow dated July 10, 2003, along with an English translation of this Exhibit.[1]

17.     Attached hereto as Exhibit 16 is a true and correct copy of a document produced by plaintiffs in discovery bearing Document Identification Nos. P0009091-0009113, which is Written Clarifications for the Arbitration Court of the City of Moscow, along with an English translation of this Exhibit.

18.     Attached hereto as Exhibit 17 is a true and correct copy of a document produced by plaintiffs in discovery bearing Document Identification Nos. P0009119-0009133, which is a Decision of the Appellate Division of the Arbitration Court of the City of Moscow dated Sept. 22, 2003, along with an English translation of this Exhibit.

19.     Attached hereto as Exhibit 18 is a true and correct copy of documents produced by plaintiffs in discovery bearing Document Identification Nos. PEML000190-000196 and PEML001958-001959, which are copies of e-mail correspondence between Alfa and BP Amoco officials on December 20-21, 1999 regarding a joint press release.

20.     Attached hereto as Exhibit 19 is a true and correct copy of documents produced by plaintiffs in discovery bearing Document Identification Nos. PEML000163-000167, PEML000188-000189, PEML000697-000698, PEML000702-000703, PEML000706-000707, PEML001757-001758, PEML003309-003310, PEML003322, PEML003577, and PEML003604, which are copies of e-mail correspondence dated Nov. 24, 1999 through Dec. 15, 2000 between Alfa, Sidanco, and BP Amoco officials.

---

[1] For the Court's convenience, each Russian language Exhibit is accompanied by an English translation.  In addition, an appropriate Translator's Certificate, which encompasses all of these Russian/English translations, is submitted herewith as Exhibit 37.

21.     Attached hereto as Exhibit 20 is a true and correct copy of relevant excerpts of a document produced by plaintiffs' expert Joel Kaplan in discovery beginning with Document Identification No. JK0000444, which is a transcript of a July 2, 2003 Video Conference between Kaplan and Russian journalist Oleg Luriye.

22.     Attached hereto as Exhibit 21 is a true and correct copy of a document produced by defendants in discovery bearing Document Identification No. D5005419-5005426, which is a Transcript of a "Hearing on the Recent Presidential Election in Russia" before the European Affairs Subcommittee of the Senate Foreign Relations Committee on April 12, 2000.

23.     Attached hereto as Exhibit 22 is a true and correct copy of a document produced by defendants in discovery bearing Document Identification Nos. D5002637-5002638, which is a copy of an article entitled "Alfa moves from scourge to scion: The Russian group's banking arm is presenting plans for a $100m Eurobond issue" published in *Financial Times (London)* on July 10, 1999.

24.     Attached hereto as Exhibit 23 is a true and correct copy of a document produced by defendants in discovery bearing Document Identification Nos. D5002682-5002683, which is a copy of an article entitled "Big Spending Program for Tyumen Oil" published in *Platt's Oilgram News* on July 25, 1999.

25.     Attached hereto as Exhibit 24 is a true and correct copy of a document produced by defendants in discovery bearing Document Identification Nos. D5002789-5002790, which is a copy of an article entitled "Tyumen Oil Company in re-making, with Nemtsov looking" published by the *ITAR-TASS News Agency* on September 13, 1997.

26.     Attached hereto as Exhibit 25 is a true and correct copy of a document produced by defendants in discovery bearing Document Identification No. D5003140, which is a copy of an article

entitled "TOC's Auction Failed" published initially by *Kommersant-Daily* on March 21, 1998 and republished in English in *The Russian Oil and Gas Report* on March 23, 1998.

27.     Attached hereto as Exhibit 26 is a true and correct copy of a document produced by defendants in discovery bearing Document Identification No. D5004283, which is a copy of an article entitled "Chubais as Stepashin's Image-Maker" published initially by *Izvestia* on May 27, 1999 and republished in English in *What the Papers Say* on May 27, 1999.

28.     Attached hereto as Exhibit 27 is a true and correct copy of a document produced by defendants in discovery bearing Document Identification Nos. D5004288-5004289, which is a copy of an article entitled "Zadornov falls foul of intrigue" published in *Financial Times (London)* on May 29, 1999.

29.     Attached hereto as Exhibit 28 is a true and correct copy of a document produced by defendants in discovery bearing Document Identification Nos. D5005082-5005083, which is a copy of an article entitled "BP Amoco, Russia's TNK reach agreement over Chernogorneft oilfield" published by *Agence France Presse* on December 22, 1999.

30.     Attached hereto as Exhibit 29 is a true and correct copy of a document produced by defendants in discovery bearing Document Identification No. D5005103, which is a copy of an article entitled "TNK Stocks Acquired By TNK-Affiliated Entity" published initially by *Segodnya* and republished in *RusData Dialine – BizEkon News* on December 23, 1999.

31.     Attached hereto at Exhibit 30 is a true and correct copy of a letter from Duma Security Committee Chairman V. Ilyukhin to M. Korshikova dated May 22, 2003, along with an English translation thereof.  On April 27, 2004, shortly before defendants' summary judgment motion was due to be filed, plaintiffs produced documents from their Russian libel action against *Versiya*, described herein ¶¶ 16-18.  After having some of those documents translated, defendants noted that certain evidentiary materials referenced by the Court had not been produced to defendants, including the above-referenced

letter written by Ilyukhin.  Defense counsel contacted counsel for *Versiya* in July 2004, and obtained this copy of the 2003 Iluykhin letter, with enclosures, which have been attached.

32.     Attached hereto at Exhibit 31 is a true and correct copy of Lobbying Registration forms submitted by Akin, Gump, Strauss, Hauer & Feld, L.L.P. to the Office of the Clerk of the U.S. House of Representatives on August 26, 1999, February 14, 2000, and August 11, 2000 on behalf of Tyumen Oil Company.

33.     Attached hereto as Exhibit 32 is a true and correct copy of an article entitled "Tough Drill: For West's Oil Giants, Vast Fields in Russia Prove Hard to Tap" published in the *Wall Street Journal* on April 27, 2004, authored by Gregory L. White, Jeanne Whalen, Susan Warren, and Anita Raghavan.

34.     Attached hereto as Exhibit 33 is a true and correct copy of excerpts from a book entitled "The Russian Hand: A Memoir of Presidential Diplomacy" published in 2003, authored by Strobe Talbot.

35.     Attached hereto as Exhibit 34 is a true and correct copy of a press release entitled "Alfa Group, Access Industries, Renova and BP Announce Signing of Definitive Legal Agreements on the Establishment of TNK-BP," dated June 26, 2003 and printed from TNK's Web site.

36.     Attached hereto as Exhibit 35 is a true and correct copy of a press release entitled "TNK-BP Commences Operations," dated August 29, 2003 and printed from TNK's Web site.

37.     Attached hereto as Exhibit 36 is a true and correct copy of a U.S.-Russia Business Council summary of a March 19, 2003 breakfast briefing at which plaintiffs described the TNK-BP transaction, entitled "Briefing with Mikhail Fridman, Chairman, Alfa Group and Peter Aven, President, Alfa Bank."

38.     Attached hereto as Exhibit 37 is a true and correct copy of the Declaration of Nadia Korolev certifying the Russian/English translations that are submitted herewith.

Executed this 20th day of September, 2004.

                              _____/s/_____
                              Chad R. Bowman

6