# BOWMAN DECLARATION
# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OAO ALFA BANK, ZAO ALFA ECO,
MIKHAIL FRIDMAN, and
PYOTR AVEN,

        Plaintiffs,

    vs.

CENTER FOR PUBLIC INTEGRITY,
KNUT ROYCE, and
NATHANIEL HELLER,

        Defendants.

Case No. 1:00CV02208 (JDB)

## NOTICE REGARDING EXHIBIT ATTACHMENT

Pages 57-65, 68-70, 105-07, 115-17, 122-23, and 148, and accompanying Errata pages, of Exhibit 10 to the Declaration of Chad R. Bowman are in paper form only and are being maintained in the case file in the Clerk's Office pursuant to a confidentiality agreement and protective order filed April 4, 2003.

By: _____/s/_____
    Michael D. Sullivan, Bar. No. 339101
    Elizabeth C. Koch, Bar No. 412828
    Celeste Phillips, Bar No. 481464
    Chad R. Bowman, Bar No. 484150

    Levine Sullivan Koch & Schulz, L.L.P.
    1050 Seventeenth Street, N.W.
    Suite 800
    Washington, D.C.  20036
    (202) 508-1100

    *Counsel for Defendants the Center for*
    *Public Integrity Knut Royce and*
    *Nathaniel Heller*

THIS DOCUMENT CONTAINS HIGHLY CONFIDENTIAL MATERIAL

1

1        UNITED STATES DISTRICT COURT

2        FOR THE DISTRICT OF COLUMBIA

3

4   - - - - - - - - - - - - - - - - - - x

5   OAO ALFA-BANK, ZAO ALFO-ECO,            :

6   MIKHAIL FRIDMAN, and PYOTR AVEN,        :

7           Plaintiffs,                     : Case No.

8   vs.                                     : 1:00CV02208(JDB)

9   CENTER FOR PUBLIC INTEGRITY,            :

10  KNUT ROYCE, and NATHANIEL HELLER,       :

11          Defendants.                     :

12  - - - - - - - - - - - - - - - - - - x

13

14       HIGHLY CONFIDENTIAL DEPOSITION OF

15            RICHARD L. PALMER, SR.

16

17

18                         Washington, DC

19                         Friday, April 25, 2003

20

21  REPORTED BY:

22     CARMEN SMITH


ACE-FEDERAL REPORTERS, INC.
Nationwide Coverage
202-347-3700          800-336-6646          410-684-2550

## CERTIFICATE OF NOTARY PUBLIC & REPORTER

I, CARMEN SMITH, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn; that the testimony of said witness was taken in shorthand and thereafter reduced to typewriting by me or under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

_____
Notary Public in and for the
District of Columbia

My Commission Expires:          March 14, 2008

THIS DOCUMENT CONTAINS HIGHLY CONFIDENTIAL MATERIAL

30

1       A     I believe it was much less than 15

2  minutes.

3       Q     Do you believe it was more on the order of

4  five to 10 minutes?

5            MS. ROSS:  Object to the form.  You can

6  answer.

7            THE WITNESS:  I would guess so, yeah.  I

8  don't want to say I guess so, but it was a

9  relatively short call.  I don't know the exact time.

10            BY MR. SPAETH:

11       Q     Tell me, as best you recall, what

12  transpired during that discussion; in other words,

13  what Mr. Royce said to you and what, if anything,

14  you said to him.

15       A     Well, Mr. Royce -- first thing he asked

16  was, who did this come from.  And I told him that

17  that was not something we're even going to discuss.

18  And then he wanted to know if it was possible to

19  talk to the fellow, and I said no; was it possible

20  to get in touch with him and ask any more questions,

21  and I said no.

22            I'm just trying to think.  I'm --

THIS DOCUMENT CONTAINS HIGHLY CONFIDENTIAL MATERIAL

31

1    supposition, guessing.

2             He wanted to know more about the -- is

3    there any way to get more information from the

4    person, and I said no.  The subject of who he is,

5    who he was, rather, I don't remember if that came up

6    or not, but that's something I would have never

7    given out.  And then the question of what did I

8    think of the person, and I told him that this person

9    had given me various other items of information that

10   appeared to be very accurate, that he seemed to be

11   who he said he was, and that I had seen nothing in

12   the information to indicate he was anything other

13   than who he said he was and his information was

14   accurate.

15            BY MR. SPAETH:

16        Q    Do you recall anything else that

17   transpired during that conversation?

18        A    I remember Knut saying he was somewhat

19   disappointed I wouldn't give any more information as

20   what do I know.

21        Q    Mr. Royce told you he was disappointed --

22        A    Well, he didn't say that, but I got the

THIS DOCUMENT CONTAINS HIGHLY CONFIDENTIAL MATERIAL

32

1   impression that -- he wanted more information than I

2   was willing to give.

3        Q    You had stated that Mr. Royce asked you

4   who the so-called KGB major report had come from,

5   and you said something along the lines that this was

6   not something that you were going to discuss.

7        A    Correct.

8        Q    Do you recall whether Mr. Royce pressed

9   you for the name of the so-called KGB major?

10       A    To the best of my recollection, yes.

11       Q    Do you recall what he said in that regard?

12       A    Specifically, no.

13       Q    Do you recall that he asked you more than

14   once for it?

15       A    Yes.

16       Q    Did Mr. Royce ask you why you were not

17   willing to give him the name?

18       A    I don't believe so.  When I first started

19   talking to Knut, I set out ground rules, and that is

20   I never wanted to be quoted, I never wanted to be

21   referred to.  I didn't want any of my information

22   referred to.  It was background.  And also, I told

THIS DOCUMENT CONTAINS HIGHLY CONFIDENTIAL MATERIAL

35

1    to, let's say, the date of the article at issue in

2    this case, August 2, 2000?

3        A    I honestly don't.

4        Q    Did Mr. Royce explain to you during this

5    conversation in which he called you about the

6    so-called KGB major report why he was interested in

7    speaking with the so-called KGB major?

8        A    No.  Obviously, he wanted more

9    information.  But specifically what he wanted or

10   what he wanted to talk to him about or such, he

11   didn't say.  I never met a journalist who didn't

12   want more information.

13       Q    Did Mr. Royce ask you during this

14   conversation how long you had known the so-called

15   KGB major?

16       A    I believe he did.

17       Q    Do you recall what you told him?

18       A    I said I had dealt with him for a -- I

19   wasn't specific.  I said I had dealt with him for a

20   short period of time, and once again everything that

21   I had heard or obtained from him seemed to be quite

22   accurate.

THIS DOCUMENT CONTAINS HIGHLY CONFIDENTIAL MATERIAL

110

1   gabber on the telephone, so it may well have been

2   the lunch --

3          Q     And what --

4          A     -- but I don't know.

5          Q     How did you respond to that inquiry?

6          A     Same way I responded to you, that

7   subsequent to my retirement in 1994, the only

8   information I have, other than this, is other

9   references in the media.  And, in fact, since this,

10  I've seen several references to this material, about

11  organized crime ties and, to a lesser extent, the

12  allegations on the drug connection.  And basically,

13  I've never seen it refuted before this case.  It

14  could have been, but I'm not aware of it.

15         Q     When you say since this you've seen

16  several references, since when?

17         A     Since I received this report from him,

18  I've seen references in Russian media to the same

19  issue.  I shouldn't say "several" because I've seen

20  some and I can't really quantify them.  But in any

21  case, I've never heard it refuted until now.  It may

22  have been but I'm not aware of it.

THIS DOCUMENT CONTAINS HIGHLY CONFIDENTIAL MATERIAL

111

1    Q    You said "since I received this report

2    from him," and you were pointing, I thought, to the

3    document that you had given to Mr. Royce.

4    A    No, no, this one, the KGB major's report,

5    Exhibit 100.

6    Q    So you're saying since you provided that

7    document to Mr. Royce, you've seen other references?

8    A    Yeah.

9    Q    Where?

10   A    I haven't made a catalogue of these, but

11   the one that jumps to my mind is one of the ones

12   that was provided to you, which I hadn't even

13   noticed before.  And that was in a context called

14   Omri, Radio Free Europe, and it cites Izvestija,

15   which is an apparently reputable newspaper, which

16   refers to these charges.

17   Q    Anything else that comes to mind?

18   A    In terms of exactly, no.  This was never a

19   major focus of my life or my interest, so I frankly

20   didn't keep a catalogue on these.

21   Q    Did Mr. Royce ask you any time prior to

22   publication of the article, any questions

THIS DOCUMENT CONTAINS HIGHLY CONFIDENTIAL MATERIAL

112

1   surrounding your preparation of Exhibit 100; in

2   other words, when you typed it, what you typed it

3   from, that sort of thing?

4           MS. ROSS:  Object to the form.  You can

5   answer.

6           THE WITNESS:  I told him that these were

7   notes that I received, and I made -- received from

8   the person who is named here at the top, the KGB

9   major.

10          BY MR. SPAETH:

11      Q   So I guess what I'm asking you is whether

12  he, Mr. Royce, asked you how soon in time you had

13  made the notes subsequent to the meeting.

14      A   Oh, I see.  Not to the best of my

15  knowledge.

16      Q   You indicated before, and please correct

17  me if I misstate in any way what I think you said,

18  that Mr. Royce asked you during this conversation

19  about the KGB major report, what you thought of the

20  KGB major.  Is that fair?

21      A   That's correct, yeah.

22      Q   How exactly did you respond to that

THIS DOCUMENT CONTAINS HIGHLY CONFIDENTIAL MATERIAL

113

1    question?

2         A     To remember an exact word --

3         Q     To the best of your recollection.

4         A     To the best of my recollection, I believe

5    I said he is a very credible person, and that I

6    found the information that he gave me to be

7    consistent.  I found no errors or inaccuracies in

8    any of the other materials I got from him.

9    Inaccuracies -- I want to make sure I said that

10   correctly.

11        Q     Did Mr. Royce ask you what other items of

12   information the major had provided to you?

13        A     I don't recall, but I wouldn't have told

14   him.

15        Q     So do you -- I'll ask the question anyway.

16   Do you recall --

17        A     I don't recall.

18        MS. ROSS:  Let him finish his whole

19   question and then you can give him your answer.

20        THE WITNESS:  I'm sorry.  I'll put my hand

21   here and you can hit me every time.

22        MS. ROSS:  You're fine.

THIS DOCUMENT CONTAINS HIGHLY CONFIDENTIAL MATERIAL

114

1           BY MR. SPAETH:

2           Q    Did you and Mr. Royce, at any time prior

3     to publication of the article, discuss the other

4     items of information that you told Mr. Royce you

5     found were consistent and not inaccurate?  In other

6     words, what they were?

7           A    The other materials?  No, we did not

8     discuss those, to the best of my recollection.

9           Q    Did Mr. Royce ask you, at any time prior

10    to publication of the article, why you thought the

11    major was a credible person?

12          A    I believe so, yes.

13          Q    And --

14          A    And I told him that based on the fact that

15    he had given me other information, which I found to

16    be very consistent and very accurate, and that he

17    seemed a credible person to me, yes.  But I did not

18    identify any of the materials, at least to the best

19    of my recollection.

20          Q    What were the items of information that

21    you found the major to have provided accurate

22    information on?

THIS DOCUMENT CONTAINS HIGHLY CONFIDENTIAL MATERIAL

147

1          THE WITNESS:  Washingtonian said that Knut

2   was arguably the best investigative journalist.  I

3   have met several journalists who consider him to be

4   absolutely top-notch.  He got a Pulitzer prize.  And

5   all the dealings -- we've talked on a variety of

6   issues, aside from this -- I know him to be a very

7   meticulous person.  So I presumed, yes.

8          BY MR. SPAETH:

9      Q    Presumed that he would attempt to verify

10  and check out the information?

11     A    Yes, or corroborate with other information

12  he had.

13     Q    Did you ever give Mr. Royce any kind of

14  warning or qualification or limitation regarding the

15  credibility of the KGB major or the information he

16  had provided to you that relates to my clients?

17         MS. ROSS:  Object to the form.  You can

18  answer.

19         THE WITNESS:  The description I gave of

20  the major was that in all my dealings with him, I

21  found him to be credible, and the other information

22  I received from him was arguably quite correct.  I

THIS DOCUMENT CONTAINS HIGHLY CONFIDENTIAL MATERIAL

163

1    that you were surprised about how he had used

2    Exhibit 100; is that correct?

3        A    That's my memory as well.

4        Q    Have you had other conversations with

5    Mr. Royce since that time that relate to the

6    article?  Let's start there.

7        A    We had the conversation that one day, as I

8    said earlier, I thought it over.  It wasn't, in my

9    mind, worth having a major dispute about it.  It was

10   done, so I dropped the issue.  So I don't remember

11   any other conversations about that article.

12       Q    When you told Mr. Royce that you were

13   surprised about the manner in which he had used

14   Exhibit 100, did you also indicate to him, in words

15   or in substance, that you were angry with him?

16       A    It is my impression he got that impression

17   from me, yes.

18       Q    During that conversation, did you and

19   Mr. Royce discuss anything other than his use of the

20   KGB major report in the article and the fact that

21   you had been surprised by the way in which it was

22   used?

THIS DOCUMENT CONTAINS HIGHLY CONFIDENTIAL MATERIAL

169

1       Q     In any of your conversations with

2  Mr. Royce, subsequent to the conversation in which

3  you complained to him, was there any discussion in

4  the nature of revisiting what had transpired between

5  you and Mr. Royce prior to when the article was

6  published?

7             MS. ROSS:  Object to the form.  You can

8  answer.

9             THE WITNESS:  No, I did not -- if we're

10  referring to my complaint about the use of the

11  material, I didn't raise it again.  I simply took

12  that it was an honest error or misunderstanding, and

13  I still believe that today, and I continue to deal

14  with Knut; he's a good friend.  But I also

15  restrained any further discussions to very, very --

16  or discussions or e-mails to very general things and

17  things only in the public domain.

18             BY MR. SPAETH:

19       Q     Did Mr. Royce ever seek in any

20  conversation after publication of the article to

21  confirm with you his understanding of what had

22  transpired between the two of you, in terms of

Deposition of RICHARD L. PALMER, SR., 25 April 2003.

ERRATA SHEET

| Page | Line | Correction: |
|---|---|---|
| 13 | 13 | Change "or make" to "or have". |
| 24 | 1 | Change "he had" to "he already had". |
| 29 | 8 | Change "also" to "only". |
| 34 | 9 | Change "was" to "had". |
| 49 | 6 | Change "there" to "that". |
| 75 | 9 | Change "shows" to "chose". |
| 75 | 17 | Change "I" to "he". |
| 79 | 7 | Change "can" to "asked". |
| 79 | 8 | Change "Knut to do it" to "to do it himself". |

**CONFIDENTIAL**

| Page | Line | Correction: |
|---|---|---|
| 190 | 22 | Change "Luzhkov's" to "Leskov's". |
| 191 | 17 | Change "Luzhkov's" to "Leskov's". |
| 191 | 21&22 | Change "Luzhkov" to "Leskov". |
| 192 | 6&16 | Change "Luzhov" to "Leskov". |
| 205 | 16 | Change "the period and we're" to "a slow period in our business and" |
| 205 | 17 | Change "now to the point of attorneys" to "I had the time to do it". |
| 273 | 22 | Change "Yevgeiya" to "Yevgeniya". |
| 284 | 19 | Change "so" to "too". |

+    +    +