# BOWMAN DECLARATION
# EXHIBIT 30



ФЕДЕРАЛЬНОЕ СОБРАНИЕ РОССИЙСКОЙ ФЕДЕРАЦИИ
ГОСУДАРСТВЕННАЯ ДУМА

## ДЕПУТАТ
ГОСУДАРСТВЕННОЙ ДУМЫ
2000 - 2003

"22" мая 2003 г.   № 136/390

Юридическая консультация № 5 МГКА,
127051, Средний Каретный пер., дом 6/9
Адвокату Коршиковой М.В.

Уважаемая Марина Васильевна!

В ответ на Ваш запрос от 21.05.03 г. направляю Вам копию материалов на 10 листах, которые были приложены к моему депутатскому запросу № 3.15-2216 от 26.11.97 г, направленному в два адреса : МВД РФ и ФСБ РФ. (Копии запросов прилагаю, количество листов в запросе 9 было указано ошибочно).

Из МВД РФ был получен ответ за подписью первого заместителя министра В. Васильева, копию которого прилагаю к настоящему ответу. Из ФСБ РФ ответа не последовало. Исходя из объема направленной для проверки информации, содержащей сведения о противоправной деятельности коммерческих структур консорциума «Альфа» и ряда его ответственных должностных лиц, в том числе П.О. Авена и М.М. Фридмана, совершенно очевидно, что фактически проверка не проводилась и ответа на запрос Комитету по безопасности ГД РФ по существу компетентные органы не дали.

На Ваш вопрос об источнике поступивших материалов сообщаю следующее. Осенью 1997 года мне, как председателю Комитета по безопасности, на приеме было передано обращение от двух сотрудников ФСБ РФ. Хотя они и представились, подписать обращение отказались, так как опасались за свою профессиональную карьеру. Одновременно они заявили со ссылкой на "верхи", что у работников ФСБ РФ возникли препятствия в проверке и реализации представленных материалов. Именно текст этого обращения без каких-либо изъятий был приложен к запросу в адрес МВД РФ и ФСБ РФ.

Приложения – на 13 л.

Председателя подкомитета
Комитета по безопасности                    В.И. Илюхин

FEDERAL ASSEMBLY OF THE RUSSIAN FEDERATION
**STATE DUMA**
DEPUTY
**OF THE STATE DUMA**
**2000 - 2003**

---

May 22, 2003                                                                                         # 136/390

Ms. M.V. Korshikova, Attorney
Law Consulting Office # 5 of the Moscow City Bar Association
127051, 6/9 Sredniy Karetnyi Lane


Dear Marina Vasilievna:

In reply to your inquiry dated 05.21.03 I am sending you a copy of the materials on 10 pages, which were attached to my deputy query # 3.15-2216 dated 11.26.97 sent to two addresses: the RF MVD and the RF FSB. (I enclose the copies of the query, the number 9 indicating the pages in the query was indicated by mistake).

From the RF MVD we received an answer signed by the first deputy of the minister V. Vasiliev, whose copy I enclose to this reply. We never received any answer from the RF FSB. Given the amount of the data related to unlawful operations of the companies of the Alfa Consortium and some of its top managers, including P.O. Aven and M.M. Fridman, that was sent to be checked out, it is pretty obvious that practically no checking out was done and the appropriate agency never sent any meaningful answer to the query made by the Security Committee of the RF State Duma.

To your question related to the source of the materials, I would like to say the following. In the fall of 1997 during my office hours reserved for receiving visitors I, as Chairman of the Security Committee, received the materials from two RF FSB employees. Though they identified themselves, they refused to sign the materials, as they were afraid for their professional career. At the same time they also made a statement referring to their "bosses" that someone made it difficult for the FSB employees to check out and use the submitted materials. It was the full text of these materials without any deletions or omissions that was attached to my query sent to the RF MVD and the RF FSB.

Encl. 13 pages

V.I. Ilyukhin            [Signature]
Chairman
Subcommittee of Security Committee

FROM :                    PHONE NO. :                    JUL. 17 2004 01:19AM P2



ФЕДЕРАЛЬНОЕ СОБРАНИЕ — ПАРЛАМЕНТ РОССИЙСКОЙ ФЕДЕРАЦИИ

# ГОСУДАРСТВЕННАЯ ДУМА
## КОМИТЕТ ПО БЕЗОПАСНОСТИ

103265, г. Москва, ул. Охотный ряд, д. 1.   Тел. 292-89-32.   Факс 292-95-75

26. 11 199 7 года                                             № 2.15-2216

Заместителю Председателя
Правительства Российской Федерации -
министру внутренних дел

Куликову А.С.

Уважаемый Анатолий Сергеевич!

Направляю поступившие в Комитет по безопасности материалы в отношении ряда коммерческих структур и некоторых ответственных должностных лиц.

Прошу Вас поручить проверить изложенные в них обстоятельства и о результатах проинформировать Комитет по безопасности.

Приложение : на 9 л.

С уважением.

Председатель Комитета
по безопасности                                             В.И.Илюхин

Председателю Комитета
Государственной Думы РФ
по безопасности
ИЛЮХИНУ В.И.

Уважаемый ВИКТОР ИВАНОВИЧ !

Обращаемся к Вам с тем, чтобы привлечь Ваше внимание как главы парламентского Комитета по безопасности к вопросу, имеющему самое непосредственное отношение к этой сфере государственных интересов России. Речь идет о том, что в последнее время отдельные руководители Правительства РФ, а конкретно - первые вице-премьеры А.Чубайс и Б.Немцов, открыто лоббируют интересы крупных коммерческих структур, причем особым расположением "молодых реформаторов" пользуется консорциум, известный как "Альфа-групп". Наиболее наглядно это проявилось в тех шагах, которые были предприняты Чубайсом и Немцовым в отношении Тюменской нефтяной компании и за которыми нельзя усмотреть ничего иного, кроме стремления сделать "Альфа-групп" безраздельным хозяином этого одного из крупнейших предприятий отечественного ТЭК. Характерно, что и действия Чубайса при подготовке к продаже 40-процентного пакета акций ТНК, и недавнее вмешательство Немцова в конфликтную ситуацию вокруг АО "Нижневартовскнефтегаз" носили не просто характер "выкручивания рук" оппонентам "Альфы", а по ряду признаков вполне могли бы быть квалифицированы как пренебрежение действующим законодательством, например, выразившееся в злоупотреблении служебным положением.

Отдавая себе отчет в том, что лоббизм является непременным атрибутом общественных отношений, базирующихся на принципах рыночной экономики, мы тем не менее не можем считать приемлемыми такие его уродливые формы, которые, к сожалению, все шире распространяются в России. Неприкрытая ангажированность высших государственных чиновников заставляет предполагать худшее - наличие у них собственных корыстных интересов, то есть коррумпированность. Такого рода предположения, особенно в том, что касается взаимоотношений с "Альфа-групп", подкрепляются многочисленными информационными материалами о контактах руководителей консорциума и входящих в него фирм с организованной преступностью, об использовании ими, мягко говоря, сомнительных методов конкурентной борьбы и т.п.

Чувствуя высокопоставленную поддержку, руководство структур группы «Альфа» дошло до того, что открыто угрожает своим конкурентам расстрелом на страницах известных центральных газет. Так, в интервью газете «Сегодня» от 18.10.97 президент подконтрольной группе «Альфа» Тюменской нефтяной компании А.Фурман, говоря о генеральном директоре АО «Нижневартовскнефтегаз», прямо заявил, что «лоб его намазан зеленкой», что на языке криминальных структур означает заказ на убийство.

По имеющимся данным, правоохранительные органы (Прокуратура, ФСБ, МВД, ГНС) располагают достаточным количеством материалов о противоправной деятельности группы «Альфа», однако по команде сверху им не дают возможности реализовать их в соответствии с законом.

Общественность с удовлетворением восприняла заявленное руководством страны стремление бороться с коррупцией в органах власти. Однако после столь громких заявлений не следует, видимо, ограничивать поле этой борьбы лишь окраи-

нами России в виде Ленинск-Кузнецка, так как всем понятно, что основные лидеры оргпреступности и коррупционеры окопались в Москве.

В связи с изложенным просим Вас дать депутатский запрос в указанные правоохранительные органы с целью проверки изложенной информации.

Предлагаем Вашему вниманию небольшую часть материалов, имеющихся в правоохраниельных органах:

КОНСОРЦИУМ "АЛЬФА", известный главным образом под названием "Альфа-групп", сформировался в 1992 году как двухуровневая многопрофильная структура. Первый уровень - ядро - образуют "Альфа-банк" и компании "Альфа-Эко" (экспорт энергоносителей, импорт продовольствия), "Альфа-Эстейт" (строительство, операции с недвижимостью), "Альфа-Арт" (торговля предметами искусства), "Альфа-Капитал" (инвестиционная деятельность). Второй уровень составляют дочерние фирмы ядра.

В основе публично провозглашенной стратегии "Альфа-групп" - ставка на крупный бизнес, не требующий значительных стартовых капиталовложений, но при этом быстро окупающийся и обеспечивающий возможности непрерывного расширения. Это, как неоднократно заявляли руководители консорциума, позволяет добиваться наибольшего эффекта в условиях общего кризиса экономики и тем самым закладывать фундамент ее оздоровления. Такая формула, предназначенная для общественного мнения, призвана подтвердить роль "Альфы" как одной из крупнейших групп банковского капитала, определяющих в настоящее время не только ситуацию в финансово-экономической сфере, но и в ряде важнейших отраслей промышленного производства.

В действительности же целью тех кругов, которые стоят за консорциумом, является выкачивание из экономики России максимума финансовых средств и их перевод за границу. Серьезные инвестиции в проекты подъема и развития реального сектора планами "Альфа-групп" не предусмотрены. Показательна в этом отношении деятельность инвестиционной компании консорциума - "Альфа-Капитал". Например, схема ваучерных операций выглядела так: аккумулируя приватизационные чеки населения (в общей сложности было собрано более 2 млн. чеков), компания, именовавшая себя в тот период чековым инвестиционным фондом, скупала значительные, нередко контрольные пакеты акций промышленных предприятий (их число превысило 160). Затем эти акции по заниженной цене были проданы нескольким оффшорным фирмам, принадлежащим Михаилу Фридману - председателю Совета директоров "Альфа-групп" и "Альфа-банка". Позднее акции перепродавались по гораздо более высоким ценам, разница практически целиком шла в доход Фридмана, а рядовые акционеры ЧИФа получали мизерные дивиденды. В результате только этих махинаций с ваучерами глава "Альфа-групп" увеличил свое личное состояние примерно на 30 - 40 млн. долларов.

Деятельность консорциума в целом и входящих в него компаний зачастую идет вразрез с государственными и национальными интересами России, носит противозаконный характер, однако до сих пор все попытки правоохранительных органов принять предусмотренные законодательством меры неизменно блокировались благодаря обширным связям первых лиц "Альфа-групп" в высших эшелонах власти. Так, еще недавно Федеральная служба безопасности расследовала дело о коррупции среди высокопоставленных госчиновников и фигурантом по этому делу был не кто иной, как нынешний генеральный директор "Альфа-Эко" Александр Файн. Как выяснилось в ходе следствия, Файн на протяжении ряда лет укрывал от налогообложения очень крупные суммы. Материалы по этому факту были переданы в центральный аппарат Департамента налоговой полиции. Чтобы замять дело, были подключены все связи. Файн и его "эмиссары" - зам.начальника СБ «Альфа-Эко» Коршунов

*[подписи]*

В.В. и помощник А.Файна Казанкин передавали взятки не в конвертах, а в кейсах, и в конце концов дело было прикрыто (но не закрыто официально). В настоящее время, опасаясь того, что расследование может быть возобновлено, Файн прилагает все силы, чтобы выйти на сотрудников, которые стояли "у истоков" дела.

В свое время "Альфа-банк" выделил более 500 тысяч долларов на то, чтобы обеспечить назначение Е.Гайдара главой правительства. Став вице-премьером, а затем исполняющим обязанности премьера, Гайдар лично содействовал предоставлению "Альфа-банку" государственных кредитов на льготных условиях. Тем не менее Фридман, сочтя это недостаточным, настойчиво требовал от правительства в лице Гайдара дополнительных привилегий для своего банка.

Министр внешнеэкономических связей в правительстве Гайдара Петр Авен после отставки с государственной службы занял пост президента "Альфа-банка". Именно его личные и иные связи позволили подготовить и провести операцию по приобретению у Минфина 500 млн. клиринговых индийских рупий по курсу 42 рубля за 1 рупию, т.е. в 1,5 раза ниже установленного Центробанком курса - 65 рублей за 1 рупию. (Характерно, что прежде "Альфа" никакого интереса к индийскому рынку не проявляла.) Операция была проведена с грубыми нарушениями законодательства России и Индии. Как считают эксперты валютно-финансового управления МВЭС, обналичив затем клиринговые рупии и получив за них как минимум 80 - 85% стоимости в твердой валюте, "Альфа-банк" укрыл от учета от 2,5 до 5,9 млн. долларов. Косвенным свидетельством незаконного характера сделки является то, что после ее завершения ответственный работник "Альфа-банка" некто Базилевский обратился к руководству МВЭС с требованием вернуть направленный по запросу министерства для экспертизы договор об условиях продажи индийских расчетных средств, на котором стояли подписи заместителя министра финансов Селиванова и президента банка Авена.

Коррумпированные связи и переплетение корыстных интересов лежат в основе так называемого "сотрудничества", налаженного консорциумом "Альфа" с одной из крупнейших холдинговых компаний Казахстана "Крамдс". Холдинг был создан в конце 80-х годов при непосредственном участии государственных структур республики и пользовался личным покровительством Н.Назарбаева. В составе холдинга были головная компания, "Крамдс-банк" и около 700 АО, СП и других предприятий. Начальный капитал был образован в значительной мере из денег компартии Казахстана. Президентом холдинга стал кореец по национальности В.Тэ - владелец 60% акций, его помощником и "правой рукой" - Абдукасымов К.Б., работавший в УБХСС МВД Казахстана, а затем следователем по особо важным делам в республиканской прокуратуре. Через Абдукасымова решаются практически все конфиденциальные вопросы, такие как контакты с органами власти и проверка кадров. Среди руководителей холдинга много бывших высокопоставленных госчиновников республики, в том числе из правоохранительных органов. Так, службу безопасности возглавил бывший начальник уголовного розыска УВД Алма-Аты Зигангиров Р.А., дочернюю фирму "Крамдс-Барс" (торговля оружием, охранная деятельность) - бывший министр внутренних дел Казахстана Берсенев, "Крамдс-банк" - бывший работник республиканского Минфина Аблажи Л.О. Их близкой связью является бывший министр МВД Шумов.

В 1991-1992 гг. "Крамдс" взял под свой контроль основные отрасли промышленности, в том числе горнодобывающую. Продажа в Японию, Южную Корею и ряд других стран хрома и редких металлов приносила миллиарды долларов. Заинтересованность в этом президента Назарбаева и его окружения, в частности широкое использование ими финансовых средств холдинга, позволяла долгое время игнорировать разоблачительные публикации в СМИ. Тем не менее с конца 1994 года отмечались интенсивные контакты главы "Крамдс" В.Тэ с М.Фридманом и другими руко-

*Подпись Шохина В.И.*
*Заверено*
*Специалист-эксперт — Копия*  Д.И. Шохин
Волкова О.И. 21.05.200

водителями "Альфа-групп", носившие не только конфиденциальный, но и конспиративный характер. Результатом этих контактов стала поэтапная передача позиций и объектов холдинга "Крамдс" в Казахстане российскому партнеру в обмен на акции его предприятий. Наряду с этим в Москве создавались дочерние предприятия "Крамдс", в частности "Крамдс-Р", которое возглавил бывший директор алма-атинского завода "Гидромаш" (входил в систему Министерства среднего машиностроения) Рубцов. Сам Тэ уже на следующий год выехал в Россию и обосновался на Северо-Западе, в Калининградской области, где активно работает над реализацией планов обеспечения Казахстану прямого выхода к портам Балтийского моря. В случае его успеха экономическим и даже геополитическим интересам России будет нанесен несомненный ущерб.

На принципах подкупа чиновничества, прямого нарушения законов строится и деятельность консорциума "Альфа" в российских регионах. Например, "Альфа-Эко", стремясь к установлению фактической монополии на продажу сырой нефти отечественным нефтеперерабатывающим заводам, использовала в отношении одного из своих партнеров - АО "Ярославнефтеоргсинтез" все возможные формы давления, от подключения первых лиц областной администрации до прямых угроз руководителям акционерного общества. Выход на руководство области, в том числе на губернатора А.Лисицына, был обеспечен при непосредственном участии одного из членов правительства. Результатом стало заключение контракта на закупку Ярославским НПЗ нефти у "Альфа-Эко" с открытием кредитной линии в "Альфа-банке".

Президента астраханского предприятия по производству рыбной муки Е.Полецкого сотрудники службы безопасности "Альфа-банка" подвергли массированному психологическому прессингу: за ним было установлено круглосуточное наружное наблюдение с задействованием трех автомашин, его рабочий и домашний телефоны прослушивались, ему "дали понять", что его уже показали киллеру. По заявлению Полецкого, причина давления на него заключалась в том, что "Альфа-банк", используя подлог и другие противозаконные средства, завладел имуществом его предприятия (8 морских судов стоимостью 7 млн. долларов) и намерен перепродать это имущество в некую африканскую страну.

Такие методы ведения дел не являются чем-то из ряда вон выходящим в истории "Альфа-групп". Практически с момента становления консорциума криминальная окраска тех или иных его операций постоянно отмечалась сотрудниками правоохранительных органов. В 1993 году банк "Суперлан", привлекая межбанковские кредиты, направлял деньги в "Альфа-банк", откуда получал наличные. В общей сложности было обналичено свыше 1 млрд. рублей, которые затем без всякого оформления были частично переведены на Кипр (по различным оценкам, - до 5 млн. долларов), частично израсходованы на сомнительные цели, предположительно на оплату "услуг" преступных элементов. Непосредственными исполнителями операций по перекачке денег за рубеж являлись "Кард-банк", банк "Премьер-СВ", "Драфт-банк" и их ответственные работники - О.Душенко, А.Азизов, Д.Пирунский. Незаконная деятельность "Драфт-банка", в частности, прикрывается "балашихинской" криминальной группировкой.

В течение нескольких последних лет в различные подразделения МВД и ФСБ поступали оперативные данные о контактах и даже сотрудничестве консорциума "Альфа" с "солнцевской", "балашихинской", "мазуткинской" и рядом этнических организованных преступных группировок (чеченской, дагестанской, осетинской). Руководители консорциума М.Фридман и П.Авен, согласно этим данным, участвовали в организации транзита наркотиков из Юго-Восточной Азии через Россию в Европу. Среди их связей О.Квантришвили и И.Кобзон, криминальные "авторитеты" С.Тимофеев ("Сильвестр") и А.Петров ("Петрик"), международные авантюристы Марк Рич и Григорий Лучанский.

Подпись Шишхино В.И.
Заверяю                Копия верна                Д.И. Шишхин
Специалист-эксперт                Волков Волкова О.И. 21.05.2003

<u>КОМПАНИЯ "АЛЬФА-ЭКО"</u>, созданная в 1989 г. как совместное советско-швейцарское предприятие в форме акционерного общества закрытого типа, - одно из предприятий, образующих ядро консорциума "Альфа-групп". Основными сферами деятельности компании являются экспорт нефти и нефтепродуктов, а также импорт продовольственных товаров. Наряду с "Альфа-Эко" в состав ядра входят предприятия, учрежденные позднее с ее участием, - "Альфа-банк" (финансы), "Альфа-Капитал" (инвестиции), "Альфа-Эстейт" (строительство, операции с недвижимостью), "Альфа-Арт" (торговля предметами искусства).

Генеральным директором "Альфа-Эко" с 1992 г. является А.Файн.

Файн Александр Маркович, 1936 г.р., еврей.

В 1959 г. окончил Московский институт химического машиностроения.

До конца 80-х годов работал сначала конструктором, затем главным конструктором по созданию новых образцов техники.

В 1990-1992 гг. был председателем научно-технического кооператива "Альфа-фото" при Академии наук СССР. В руководство НТК входили М.Фридман (ныне глава "Альфа-групп") и О.Киселев (первый гендиректор "Альфа-Эко"). Кооператив выполнял заказы ряда крупных предприятий, в частности осуществлял строительство цеха по производству фотоэмульсии на комбинате "Свема".

Установлено, что Файн выступал учредителем ряда фирм, в том числе в Венгрии - "Harmaty & Co" (совместно с "Harmaty ech Tarma") и в Чехии - "Alfa-Eco" (совместно с "Altex Ltd."). Согласно учредительным документам, обе указанные фирмы занимаются экспортом и реализацией ковровых изделий в странах Центральной и Восточной Европы. Однако, по данным источников в правоохранительных органах, их уставная деятельность служит лишь прикрытием. В действительности через ряд своих сотрудников фирмы "Harmaty & Co" и "Alfa-Eco" участвуют в международном наркобизнесе и отмывании наркодолларов. В частности, учрежденные Файном фирмы являются одним из звеньев цепочки, по которой осуществляется транзит наркотиков из Юго-Восточной Азии в Европу.

Компания "Альфа-Эко" выполняет в рамках консорциума "Альфа-групп" тайные операции, связанные с наркотиками. Ее деятельность на этом направлении курирует член Совета директоров консорциума некто Хан Герман Борисович, проживающий, согласно документам, по адресу: г.Киев, ул. Горького, д.4/6, кв.9. Связи руководителей "Альфа-групп" М.Фридмана и П.Авена с криминальными группами, причастными к торговле наркотиками, были выявлены органами государственной безопасности и внутренних дел еще в начале 80-х годов, когда первый заканчивал МИСиС, второй - аспирантуру МГУ. В дальнейшем их контакты с кавказскими (чеченцы, дагестанцы, осетины) и славянскими ("бауманские", "ореховские", "солнцевские") организованными преступными группировками продолжались, а с выходом консорциума "Альфа" в большой бизнес и в политику - еще более расширились и приобрели международные масштабы. Непосредственными исполнителями операций с наркотиками стали А.Файн и возглавляемая им компания "Альфа-Эко".

В апреле 1995 г. сотрудники Главного управления по борьбе с организованной преступностью МВД провели обыск в служебных помещениях "Альфа-Эко" на предмет обнаружения наркотиков и соответствующих документов. Обыск был связан с тем, что в конце марта - начале апреля в Хабаровске произошло групповое отравление жителей города сахаром. В ходе расследования этого факта выяснилось, что причиной отравления стало попадание в сахар большой дозы наркотических веществ. Было установлено, что контейнеры, в которых перевозился сахар перед этим арендовались А.Файном и использовались для транспортировки груза в адрес фирмы "Harmaty & Co".

Подпись Иллюхина В.И.
Заверено
Специалист-эксперт   Копия верна            В.И. Иллюхин
                                             Волкова О.И. 21.05.01.

вычайно широк. Кроме того, оба негласно сотрудничали с оперативным работником КГБ, курировавшим МИСиС. Благодаря этому им неизменно удавалось избегать ответственности в тех случаях, когда милиция задерживала обоих за фарцовку с иностранцами и спекуляцию. Именно в указанный период они попали в поле зрения не только КГБ и МВД, но и ряда этнических преступных группировок (сначала дагестанской и осетинской, позднее чеченской). Братья, в первую очередь Михаил, поддерживали тесные контакты непосредственно с их лидерами, криминальными "авторитетами".

Легальную коммерческую деятельность Фридманы начали еще студентами, создав при МИСиС кооперативы "Гелиос" и "Орск", которые специализировались на закупке вычислительной техники за рубежом и ее поставке различным предприятиям. Главной фигурой в обоих кооперативах был Михаил, на которого оформлялся весь поступающий товар. Помимо этого, он занимался и обеспечением безопасности. Для физической охраны, как правило, привлекались выпускники и студенты МИСиС, прошедшие подготовку в секции карате под руководством учеников прославленного Штурмина. Оперативные вопросы решались с помощью сотрудников правоохранительных органов, которые давали М.Фридману информацию, позволявшую ему умело лавировать и избегать осложнений в отношениях с криминалитетом. Они же встречались с "авторитетами", если это было сопряжено с опасностью.

В 1985 г. на М.Фридмана, молодого корыстного дельца, умело использующего свои многочисленные знакомства, вышла "бауманская бригада" - наиболее агрессивная преступная группировка Москвы 80-х годов. "Бауманские" были в тот период единственной из столичных ОПГ, серьезно работавшей с наркотиками, постоянно расширяя масштабы своих операций. Рынок сбыта наркотиков формировался в среде студенческой и творческой молодежи, рок-фанов, хиппи, панков, проституток и т.п. В этих кругах у Фридмана были обширные связи, которые представляли несомненный интерес с точки зрения "бауманской бригады" и были задействованы с обоюдной выгодой.

В 1986 г. по окончании МИСиС Михаил Фридман был направлен на завод "Электросталь" (г.Электросталь, Московская область), где проработал в должности инженера-конструктора до 1988 г.

В дальнейшем деятельность М.Фридмана неразрывно связана с созданием и становлением компаний, образовавших консорциум "Альфа-групп". С 1988 г. он как частный предприниматель входил в руководство фирм "Альфа-фото", "Альфа-Эко", "Альфа-Капитал".

С 1991 г. - председатель Совета директоров "Альфа-банка", с 1996 г. - председатель Совета директоров "Альфа-групп".

Кроме того, в 1995 г. избран членом Совета директоров ЗАО "Общественное российское телевидение". В январе 1996 г. выступил одним из учредителей Российского еврейского конгресса и занял пост вице-президента РЕК, руководителя комитета по культуре. Был в числе крупнейших банкиров, оказывавших поддержку Б.Ельцину в ходе избирательной кампании 1996 г., получил благодарность Президента РФ.

Став заметной фигурой не только в финансово-экономической, но и в общественно-политической жизни, Фридман тем не менее сохранил связи с лидерами криминального сообщества и в ряде случаев сумел воспользоваться ими. В сочетании с поддержкой со стороны "своих" людей во властных структурах они позволили "Альфа-групп" решить ряд вопросов расширения своего бизнеса, в частности экспансии в регионы и даже за рубеж. Так, тесное сотрудничество с крупнейшим в Казахстане холдингом "Крамдс", действующим под личным покровительством Н.Назарбаева и контролирующим большую часть горнодобывающего комплекса республики, было налажено через высокопоставленных чиновников и работников

*Специалист-эксперт*
*подпись Илюхина В.И. Копия*                          *В.И. Илюхин*
*Заверено*                                              *Волкова О.И. 21.05.20*

6

Компания "Альфа-Эко" имеет широкие связи с западными фирмами и банками. Так, в августе с.г. завершились переговоры с представителями таких известных финансовых институтов, как американский "Чейз Манхэттен бэнк" и германский "Дрезднер банк АГ". В результате была достигнута договоренность о предоставлении "Альфа-Эко" синдицированного кредита в размере 57 млн. долларов для закупок сахара-сырца за рубежом. Затем, однако, американо-германская сторона от этой договоренности отказалась, и "Альфа-Эко" заключила кредитное соглашение с тремя австралийскими банками на общую сумму 20 млн. долларов. Новые партнеры обусловили эту и последующие сделки тем, что "Альфа-Эко" будет способствовать их проникновению в золото-, алмазо- и нефтедобывающую отрасли России. В качестве платы за такого рода услуги российская компания сможет получать беспроцентные кредиты.

Оперативные материалы, касающиеся деятельности первых лиц "Альфа-групп" по расширению присутствия консорциума в сфере нефтедобычи и нефтепереработки, свидетельствуют, что для достижения своих целей они используют все имеющиеся средства, и в частности помощь организованных преступных группировок. Так, будучи членами Совета директоров нефтяной компании СИДАНКО, М.Фридман и Г.Хан предпринимали попытки установить контроль компании "Альфа-Эко" над входящими в состав СИДАНКО предприятиями в Саратовской и Иркутской областях. Для "обработки" руководителей и акционеров "Саратовнефтегаза" и "Саратовнефтепродукта" Хан привлекал криминальные структуры. Их усилиями дважды срывались собрания акционеров на обоих предприятиях, причем в этом помогал и местный РУОП. Кроме того, Хан лично оказывал жесткий нажим на руководителей АО и даже на губернатора Саратовской области Д.Аяцкова, чем вызвал его возмущение.

В качестве инструмента давления компания "Альфа-Эко" активно использует также всевозможные судебные разбирательства, в том числе и по заведомо необоснованным искам, что позволяет создавать вокруг конкурентов обстановку нервозности и психологического прессинга. Примером может служить рассмотрение в начале 1996 г. в арбитражном суде Ханты-Мансийского автономного округа иска компании "Альфа-Эко" к администрации округа и местному комитету по геологии с требованием признать несостоявшимся конкурс на право разведки и разработки Западно-Малобалыкского нефтяного месторождения и аннулировать лицензию, выданную победителю конкурса - компании ЮКОС. В ходе судебного заседания представители "Альфа-Эко" ссылались на нарушение условий проведения конкурса, превышение конкурсной комиссией своих полномочий, необъективность экспертизы, неустойчивое финансовое положение ЮКОСа, нарушение антимонопольного законодательства и т.п. Однако ни по одному из пунктов не было представлено ни документального подтверждения, ни каких-либо иных убедительных аргументов. В итоге иск "Альфа-Эко" был отклонен.

В настоящее время ключевыми фигурами в руководстве "Альфа-банка" являются председатель Совета директоров М.Фридман и президент П.Авен. Их позиции в решающей мере определяют как тактику действий, так и стратегию развития банка и соответственно всего консорциума "Альфа-групп".

<u>ФРИДМАН МИХАИЛ МАРАТОВИЧ</u> родился в 1964 г. во Львове. Еврей.
В 1981 г. поступил в Московский институт стали и сплавов (МИСиС), где одновременно с ним учился его двоюродный брат Фридман Дмитрий Львович, 1965 г.р., уроженец Балхашского района (Казахстан). В институте оба были комсомольскими активистами, входили в студсовет, участвовали в комсомольском оперативном отряде. Соответственно круг их связей среди студентов и преподавателей был чрез-

8

правоохранительных органов. При этом доверительные отношения с президентом холдинга корейцем по национальности В.Тэ были установлены благодаря тому, что Фридман обратился к знакомым членам корейской общины из числа тех каратистов, которые охраняли его кооперативы в середине 80-х. Как известно, многие из учеников подпольных школ каратэ вошли в организованные преступные группировки. Фридман еще в студенческие годы начал пользоваться услугами людей из этой среды и впоследствии нанимал их для выполнения поручений "особого" характера.

Оперативными работниками, которые в разное время контактировали с М.Фридманом, он характеризовался как человек очень высокой работоспособности, энергичный и даже склонный к агрессивным действиям, но при этом хорошо владеющий собой, умеющий сдерживать эмоции. Отмечались его рассудительность и расчетливость, педантичность, аккуратность и бережливость, граничащая со скупостью. Вместе с тем обращалось внимание на то, что за располагающей внешностью скрываются такие черты, как крайняя самоуверенность, корыстолюбие, мелочность, злопамятность и мстительность.

Указанные личные качества и постоянное общение с криминальными элементами в значительной мере определили манеру ведения дел, линию М.Фридмана в бизнесе. Несмотря на репутацию интеллектуала, он делает ставку прежде всего на подавление конкурентов с использованием всех имеющихся средств, в том числе и криминальных.

**АВЕН ПЕТР ОЛЕГОВИЧ** родился в 1955 г. в Москве. Еврей.

Дед служил в дивизии латышских стрелков (благодаря этому обстоятельству в паспорте П.Авена была сделана запись: "Латыш").

Отец - профессор, член-корреспондент АН, специалист в области вычислительной техники.

Старший брат - преуспевающий израильский бизнесмен, сотрудничает с "Моссад", оказывает сильное влияние на младшего брата.

В 1972 г. П.Авен окончил математическую спецшколу, где учился вместе с Е.Гайдаром, и поступил на экономический факультет Московского государственного университета им.Ломоносова (Гайдар учился там же на курс младше). Диплом писал на кафедре математических методов анализа экономики, которой в то время руководил С.Шаталин. В 1977 г. окончил МГУ, в 1980 г. - аспирантуру (вновь учился вместе с Гайдаром). Диссертацию на соискание степени кандидата экономических наук защитил у С.Шаталина.

После защиты диссертации победил на конкурсе молодых ученых-экономистов и должен был получить направление на работу в Международный институт прикладного системного анализа (Вена). Однако командировка в Австрию не состоялась. По утверждению Авена, ему не разрешили выезд за границу потому, что он не был членом КПСС. Действительная же причина заключалась в другом.

В период учебы в МГУ Авен был руководителем музыкального студенческого клуба и обзавелся многочисленными знакомствами в той молодежной среде (музыкальная "тусовка", богема и т.п.), где формировался потребительский рынок наркотиков. Благодаря этому привлек внимание криминальных элементов, имел контакты с "авторитетами". Одновременно попал и в поле зрения правоохранительных органов.

В 1981-1988 гг. - младший, затем старший научный сотрудник Всесоюзного НИИ системных исследований АН СССР (там же в 1980-1985 гг. работал Гайдар).

В 1989-1991 гг. - советник МИД СССР. В этот же период работал по контракту в венском Международном институте прикладного системного анализа. (Разрешение на выезд было получено с помощью академика И.Макарова, близкого друга отца

5

П.Авена.) Тематика работы была связана с проведением экономических реформ в странах Восточной Европы. Находясь в Вене, Авен встречался с резидентом израильской разведки неким Айзенбергом. Согласно докладной записке, подготовленной министром безопасности В.Баранниковым для президента Б.Ельцина, австрийская академия наук установила Авену пожизненную пенсию-стипендию "за чтение лекций".

В декабре 1991 г. был назначен Председателем Комитета внешнеэкономических связей РСФСР - первым заместителем министра иностранных дел РСФСР. Назначению способствовал все тот же академик И.Макаров.

Сын академика, Сергей, также сыграл заметную роль в жизни П.Авена, введя его в круг знакомых Отари Квантришвили (с его братом Амираном Сергей дружил) и И.Кобзона. Позднее он же свел Авена с Сергеем Мажаровым, владельцем небольшой фирмы во Франции.

С назначением Авена в феврале 1992 г. министром внешнеэкономических связей РФ Мажаров стал работать с такими внешнеторговыми объединениями, как "Продинторг" и "Экспортхлеб". Фирма Мажарова поставляла через них в Россию мясо, какао, сахар, а комиссионные поступали на счета оффшорных компаний на Каймановых островах и в других странах. В ноябре 1994 г. Мажаров был убит "при невыясненных обстоятельствах" в своем доме в Париже.

В 1991-1992 гг. правительство, занятое поисками дополнительных источников финансовых средств, изучало вопросы взыскания долгов ряда африканских стран-дебиторов России и репатриации валютных вкладов российских юридических и физических лиц за границей. Записки, подготовленые по этим вопросам, докладывались Гайдару и Авену. Решением проблемы долгов занимался Авен, валютными вкладами - Гайдар, действовавший через американскую фирму "Кролл ассошиэйтс". В результате Авен заработал хорошие комиссионные на продаже долга Ганы, а Гайдар так провел авансирование работы "Кролла", что выделенные на это 500 тысяч долларов бесследно пропали.

По свидетельству работников МВЭС, Авен, возглавляя министерство, не стеснялся брать комиссионные и даже дорогие подарки за содействие иностранным компаниям и российским предприятиям в заключении и осуществлении внешнеторговых сделок. Его возможности в этом отношении определялись тем, что он держал в своих руках все вопросы, касающиеся выдачи необходимых лицензий. Особенно жестко он контролировал выход на рынок оружия, допуская туда только тех, кто был связан с ним.

В 1991 - 1992 гг. п.Авен разрабатывался 6-м Управлением КГБ МБ РФ по материалам хищения в крупных размерах, нанесения стране крупного ущерба и по преступным связям со спецслужбами Израиля. В 1992 г. бывший министр безопасности доложил материалы Президенту Б.Ельцину, в результате чего 22 декабря 1992 г. П.Авен был уволен с поста министра.

Некоторое время работал в качестве консультанта АО "ЛогоВАЗ", установил хорошие отношения с Б.Березовским.

На протяжении 1993 г. Авен представлял в России интересы крупнейшего французского банка "Креди Лионе" и, обеспечив ему получение эксклюзивной лицензии на проведение операций в РФ, заработал, по собственному признанию, 100 тыс. долларов.

Благодаря нескольким комбинациям, связанным с продажей российского оружия за рубеж, Авен сумел заработать солидную сумму, которая позволила ему весной 1993 г. зарегистрировать собственную компанию "ФинПА" ("Финансы Петра Авена"). Оказывая консультационные услуги по сделкам с ценными бумагами, "ФинПА" тесно сотрудничала с "Альфа-банком". Особый интерес для "Альфа-банка" пред-

ставляли связи Авена в правительственных кругах и его наработки в области продажи долгов СССР на международных рынках.

Именно использование личных связей Авена позволило, как полагают, придать операциям по транспортировке наркотиков, проводившимся компанией "Альфа-Эко", серьезный размах. Деньги от этих операций шли через Вену на счета "Альфа-Эко", и ее финансовое положение быстро укрепилось.

Контакты Авена в кругах наркобизнесменов расширялись. В конце 1993 г. в Вене состоялась его встреча с представителем колумбийских наркобаронов Гильберто Родригесом Орехуэлом, известным под кличкой "Шахматист". В частности, была достигнута договоренность о "закачке" в "Альфа-банк" денежных средств из оффшорных зон (Багамы, Гибралтар и др.) для их вложения в экономику России путем скупки акций российских предприятий.

С октября 1994 г. Авен стал президентом "Альфа-банка". При этом он передал 50% акций компании "ФинПА" банку в обмен на 10% его уставного капитала. По оценкам многих специалистов, выход "Альфа-банка" на качественно новый уровень связан главным образом с именем Авена. Сам Авен считает, что банк поднялся на двух вещах:

1) финансовые спекуляции на малоизвестных рынках и на бумагах, котирующихся прежде всего за рубежом (через американскую брокерскую фирму "Morgan & Stanley" банк ведет активную игру на Нью-Йоркской бирже);

2) поддержка мощных владельцев и учредителей ("Альфа-Эко").

По своим подходам к решению вопросов бизнеса П.Авен и М.Фридман существенно разнятся и поэтому дополняют друг друга, результатом чего стал характерный для "Альфа-групп" симбиоз использования сомнительных приемов, непосредственной помощи преступных группировок и активного задействования обширных связей с правоохранительными органами и их бывшими сотрудниками, а также с другими государственными структурами.

FROM : Top Secret



**МИНИСТЕРСТВО
ВНУТРЕННИХ ДЕЛ
РОССИЙСКОЙ ФЕДЕРАЦИИ**

г.Москва

24.12.97 № 1/22116

на № 3.15-2216 от 26.11.97

Информация в отношении
консорциума "Альфа"

Для служебного пользования

Председателю Комитета по
безопасности Государственной
Думы Федерального Собрания
Российской Федерации

Илюхину В.И.

Уважаемый Виктор Иванович!

Министерством внутренних дел России информация в отношении руководителей коммерческих структур консорциума "Альфа" рассмотрена.

Установлено, что в настоящее время имеется ряд уголовных дел, по которым проходят фирмы данного консорциума. В октябре текущего года таможенными органами г.Москвы при досмотре груза, поступившего в адрес ООО "Альфа-Эко" из Республики Молдавия, было обнаружено оружие и боеприпасы. По данному факту Московско-Рязанской прокуратурой возбуждено уголовное дело.

Закончено производством и находится на рассмотрении в суде уголовное дело N 137019 по ст.ст. 147 ч.3 УК РСФСР, 155 УК РСФСР по факту незаконного изготовления и реализации отходов чайного производства под видом индийского чая 1 сорта с незаконным использованием товарного знака Московской и Иркутской чаеразвесочных фабрик. Потерпевшей стороной выступает фирма "Альфа-Эко". По делу арестованы 5 человек.

По другим изложенным фактам проводится оперативная проверка.

Первый заместитель Министра                                                                  В. Васильев