# BOWMAN DECLARATION EXHIBIT 31

| Clerk of the House of Representatives<br>Legislative Resource Center<br>B-106 Cannon Building<br>Washington, DC 20515 | Secretary of the Senate<br>Office of Public Records<br>232 Hart Building<br>Washington, DC 20510 |
|---|---|

RECEIVED
LEGISLATIVE RESOURCE CENTER

99 AUG 26 PM 12: 30

OFFICE OF THE CLERK
U.S. HOUSE OF REPRESENTATIVES

# LOBBYING REGISTRATION
Lobbying Disclosure Act of 1995 (Section 4)

Check if this is an Amended Registration ☐

1. Effective Date of Registration  July 16, 1999

2. House Identification Number  31784 165      Senate Identification Number _____

## REGISTRANT

3. Registrant name     Akin, Gump, Strauss, Hauer & Feld, L.L.P.

    Address     1333 New Hampshire Avenue, NW, Suite 400

    City    Washington         State  DC     Zip  20036

4. Principal place of business (if different from line 3)
    City                         State/Zip (or Country)

5. Telephone number and contact name
    (202)  887-4000    Contact  Barney J. Skladany, Jr.    E-mail (optional)

6. General description of registrant's business or activities
    A law firm

## CLIENT
*A lobbying firm is required to file a separate registration for each client. Organizations employing in-house lobbyists should check the box labeled "Self" and proceed to line 10.*     Self ☐

7. Client name     Tyumen Oil Company

    Address     Ul. Schipok 18/2

    City    Moscow, 113093 Russia       State       Zip

8. Principal place of business (if different from line 7)
    City                         State/Zip (or Country)

9. General description of client's business or activities
    Privately held diversified petroleum company producing and refining oil and marketing gasoline through network of service stations

## LOBBYISTS

10. Name of each individual who has acted or is expected to act as a lobbyist for the client identified on line 7. If any person listed in this section has served as a "covered executive branch official" or "covered legislative branch official" within two years of first acting as a lobbyist for the client, *state the executive and/or legislative position(s) in which the person served.*

| Name | Covered Official Position (if applicable) |
|---|---|
| Toby T. Gati | |
| Elizabeth A. Hyman | |
| Vladimir Lechtman | |
| Barney J. Skladany, Jr. | |
| Daniel L. Spiegel | |

Form LD-1 (Rev. 06/98)                                   Page 1

Registrant Name   Akin, Gump, Strauss, Hauer & Feld, L.L.P.   Client Name   Tyumen Oil Company

## LOBBYING ISSUES

11. General lobbying issue areas. Select applicable codes, listed in instructions and on reverse side of Form LD-1, page 1.

BAN    FIN    FOR    FUE    GOV

12. Specific lobbying issues (current and anticipated)

Assistance with respect to obtaining final approval of two loan requests from the Export-Import Bank of the United States

## AFFILIATED ORGANIZATIONS

13. Is there an entity other than the client that contributes more than $10,000 to the lobbying activities of the registrant in a semiannual period and in whole or in major part plans, supervises or controls the registrant's lobbying activities?

☒ No   Go to line 14.    ☐ Yes   Complete the rest of this section for each entity Matching the criteria above, then proceed to line 14.

| Name | Address | Principal place of business (city and state or country) |
|---|---|---|
|  |  |  |

## FOREIGN ENTITIES

14. Is there any foreign entity that:

   a) holds at least 20% equitable ownership in the client or in any organization identified online 13; **or**
   b) directly or indirectly, in whole or in major part, plans, supervises, controls, directs, finances or subsidizes the activities of the client or any organization identified on line 13; **or**
   c) is an affiliate of the client or any organization identified on line 13 and has a direct interest in the outcome of the lobbying activity?

☐ No   Sign and date the registration.    ☒ Yes   Complete the rest of this section for each entity Matching the criteria above, then sign and date the Registration.

| Name | Address | Principal place of business (city and state or country) | Amount of contribution for lobbying activities | Ownership percentage in client |
|---|---|---|---|---|
| Alfa Bank | 12 Academician Sakharov Prospekt Moscow, 107078 Russia | Moscow, Russia | -0- | 26% |
| The Russian Federal Property Fund, State Committee for Management of State Property | Karetny Ryad Street 2/1/ Moscow, 103006 Russia | Moscow, Russia | -0- | 49.9% |

Signature _____   Date   August 26, 1999

Printed Name and Title   Barney J. Skladany, Jr. – Partner

Form LD-1 (Rev. 06/98)                                                                                       Page 2

| Clerk of the House of Representatives<br>Legislative Resource Center<br>B-106 Cannon Building<br>Washington, DC 20515 | Secretary of the Senate<br>Office of Public Records<br>232 Hart Building<br>Washington, DC 20510 |
|---|---|



# LOBBYING REPORT

Lobbying Disclosure Act of 1995 (Section 5) - **All Filers Are Required To Complete This Page**

6

1. **Registrant Name**
   Akin, Gump, Strauss, Hauer & Feld, L.L.P.

2. **Address**  ☐ Check if different than previously reported
   1333 New Hampshire Avenue, NW

3. **Principal Place of Business** (if different from line 2)
   City: Washington    State/Zip (or Country): DC 20036

4. **Contact Name**: Barney J. Skladany, Jr.    **Telephone**: 202-887-4000    **E-mail** (optional):

5. **Senate ID #**: 682-1712

7. **Client Name**  ☐ Self
   Tyumen Oil Company

6. **House ID #**: 31784165

**TYPE OF REPORT**   8. Year __1999__   Midyear (January 1-June 30) ☐   OR   Year End (July 1-December 31) ☒

9. Check if this filing amends a previously filed version of this report ☐

10. Check if this is a Termination Report ☐ ⇒ Termination Date _____    11. No Lobbying Activity ☐

**INCOME OR EXPENSES** – Complete Either Line 12 OR Line 13

| 12. Lobbying Firms | 13. Organizations |
|---|---|
| INCOME relating to lobbying activities for this reporting period was: | EXPENSES relating to lobbying activities for this reporting period were: |
| Less than $10,000 ☐ | Less than $10,000 ☐ |
| $10,000 or more ☒ ⇒ $ 40,000<br>Income (nearest $20,000) | $10,000 or more ☐ ⇒ $ _____<br>Income (nearest $20,000) |
| Provide a good faith estimate, rounded to the nearest $20,000, of all lobbying related income from the client (including all payments to the registrant by any other entity for lobbying activities on behalf of the client). | 14. REPORTING METHOD. Check box to indicate expense accounting method. See instructions for description of options.<br>☐ Method A. Reporting amounts using LDA definitions only<br>☐ Method B. Reporting amounts under section 6033(b)(8) of the Internal Revenue Code<br>☐ Method C. Reporting amounts under section 162(e) of the Internal Revenue Code |

Signature

Printed Name and Title    Barney J. Skladany, Jr. - Partner

LD-2 (REV. 6/98)                                                                                                   PAGE  1  of  6

Registrant Name   Akin, Gump, Strauss, Hauer & Feld, L.L.P.   Client Name   Tyumen Oil Company

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. **Using a separate page for each code**, provide information as requested. Attach additional page(s) as needed.

15. General issue area code   BAN   (one per page)

16. Specific lobbying issues

    Approval of export-import loans

17. House(s) of Congress and Federal Agencies contacted       ☐ Check if None

    U.S. House of Representatives
    U.S. Senate
    Export Import Bank

18. Name of each individual who acted as a lobbyist in this issue area

| Name | Covered Official Position (if applicable) | New |
|---|---|---|
| Elizabeth A. Hyman | | ☐ |
| Barney J. Skladany, Jr. | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above   ☐ Check if None

    Alfa Bank: export-import loan approval
    Russian Federal Property Fund: export-import loan approval

Signature _____   Date   February 14, 2000

Printed Name and Title   Barney J. Skladany, Jr. – Partner

Form LD-2 (Rev. 6/98)                                                                                   Page   2   of   6

Registrant Name   Akin, Gump, Strauss, Hauer & Feld, L.L.P.   Client Name   Tyumen Oil Company

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. **Using a separate page for each code**, provide information as requested. Attach additional page(s) as needed.

15. General issue area code   FIN   (one per page)

16. Specific lobbying issues

    Approval of export-import loans

17. House(s) of Congress and Federal Agencies contacted    ☐ Check if None

    U.S. House of Representatives
    U.S. Senate
    Export Import Bank

18. Name of each individual who acted as a lobbyist in this issue area

| Name | Covered Official Position (if applicable) | New |
|---|---|---|
| Elizabeth A. Hyman | | ☐ |
| Barney J. Skladany, Jr. | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above    ☐ Check if None

    Alfa Bank: export-import loan approval
    Russian Federal Property Fund: export-import loan approval

Signature _____    Date   February 14, 2000

Printed Name and Title   Barney J. Skladany, Jr. - Partner

Form LD-2 (Rev. 6/98)                                                                Page   3   of   6

Registrant Name   Akin, Gump, Strauss, Hauer & Feld, L.L.P.   Client Name   Tyumen Oil Company

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. **Using a separate page for each code**, provide information as requested. Attach additional page(s) as needed.

15. General issue area code   FOR   (one per page)

16. Specific lobbying issues

    Approval of export-import loans

17. House(s) of Congress and Federal Agencies contacted    ☐ Check if None

    U.S. House of Representatives
    U.S. Senate
    Export Import Bank

18. Name of each individual who acted as a lobbyist in this issue area

| Name | Covered Official Position (if applicable) | New |
|---|---|---|
| Elizabeth A. Hyman | | ☐ |
| Barney J. Skladany, Jr. | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above    ☐ Check if None

    Alfa Bank: export-import loan approval
    Russian Federal Property Fund: export-import loan approval

Signature _____    Date   February 14, 2000

Printed Name and Title   Barney J. Skladany, Jr. – Partner

Form LD-2 (Rev. 6/98)                                                                                       Page   4   of   6

Registrant Name   Akin, Gump, Strauss, Hauer & Feld, L.L.P.   Client Name   Tyumen Oil Company

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. **Using a separate page for each code**, provide information as requested. Attach additional page(s) as needed.

15. General issue area code   FUE   (one per page)

16. Specific lobbying issues

    Approval of export-import loans

17. House(s) of Congress and Federal Agencies contacted   ☐ Check if None

    U.S. House of Representatives
    U.S. Senate
    Export Import Bank

18. Name of each individual who acted as a lobbyist in this issue area

| Name | Covered Official Position (if applicable) | New |
|---|---|---|
| Elizabeth A. Hyman | | ☐ |
| Barney J. Skladany, Jr. | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above   ☐ Check if None

    Alfa Bank: export-import loan approval
    Russian Federal Property Fund: export-import loan approval

Signature _____   Date   February 14, 2000

Printed Name and Title   Barney J. Skladany, Jr. – Partner

Form LD-2 (Rev. 6/98)                                                    Page   5   of   6

Registrant Name   Akin, Gump, Strauss, Hauer & Feld, L.L.P.   Client Name   Tyumen Oil Company

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. **Using a separate page for each code**, provide information as requested. Attach additional page(s) as needed.

15. General issue area code   GOV   (one per page)

16. Specific lobbying issues

    Approval of export-import loans

17. House(s) of Congress and Federal Agencies contacted      ☐ Check if None

    U.S. House of Representatives
    U.S. Senate
    Export Import Bank

18. Name of each individual who acted as a lobbyist in this issue area

| Name | Covered Official Position (if applicable) | New |
|---|---|---|
| Elizabeth A. Hyman | | ☐ |
| Barney J. Skladany, Jr. | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above   ☐ Check if None

    Alfa Bank: export-import loan approval
    Russian Federal Property Fund: export-import loan approval

Signature _____   Date   February 14, 2000

Printed Name and Title   Barney J. Skladany, Jr.   Partner

Form LD-2 (Rev. 6/98)                                                                 Page   6   of   6

Clerk of the House of Representatives
Legislative Resource Center
B-106 Cannon Building
Washington, DC 20515

Secretary of the Senate
Office of Public Records
232 Hart Building
Washington, DC 20510

LEGISLATIVE RESOURCE CENTER

2000 AUG 11 PM 5:36

HAND DELIVERED
OFFICE OF THE CLERK
U.S. HOUSE OF REPRESENTATIVES

# LOBBYING REPORT

Lobbying Disclosure Act of 1995 (Section 5) - **All Filers Are Required To Complete This Page**

1. Registrant Name
   Akin, Gump, Strauss, Hauer & Feld, L.L.P.

2. Address    ☐ Check if different than previously reported
   1333 New Hampshire Avenue, NW

3. Principal Place of Business (if different from line 2)
   City: Washington      State/Zip (or Country): DC 20036

4. Contact Name: Barney J. Skladany    Telephone: 202-887-4000    E-mail (optional):

5. Senate ID #: 682-1712

7. Client Name    ☐ Self
   Tyumen Oil Company

6. House ID #: 31784165

**TYPE OF REPORT**   8. Year  2000   Midyear (January 1-June 30) ☒  OR  Year End (July 1-December 31) ☐

9. Check if this filing amends a previously filed version of this report ☐

10. Check if this is a Termination Report ☒ → Termination Date  1/1/00      11. No Lobbying Activity ☒

**INCOME OR EXPENSES** – Complete Either Line 12 OR Line 13

12. Lobbying Firms

INCOME relating to lobbying activities for this reporting period was:

Less than $10,000   ☐

$10,000 or more    ☐ → $ -0-
                        Income (nearest $20,000)

Provide a good faith estimate, rounded to the nearest $20,000, of all lobbying related income from the client (including all payments to the registrant by any other entity for lobbying activities on behalf of the client).

13. Organizations

EXPENSES relating to lobbying activities for this reporting period were:

Less than $10,000   ☐

$10,000 or more    ☐ → $ _____
                        Income (nearest $20,000)

14. REPORTING METHOD. Check box to indicate expense accounting method. See instructions for description of options.

☐ Method A.  Reporting amounts using LDA definitions only
☐ Method B.  Reporting amounts under section 6033(b)(8) of the Internal Revenue Code
☐ Method C.  Reporting amounts under section 162(e) of the Internal Revenue Code

Signature _____

Printed Name and Title   Barney J. Skladany, Partner

LD-2 (REV. 6/98)                                                          PAGE  1  of  1