# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OAO ALFA BANK et al.,**<br><br>       **Plaintiffs,**<br><br>              v.<br><br>**CENTER FOR PUBLIC INTEGRITY et al.,**<br><br>       **Defendants.** | Civil Action No.  00-2208 (JDB) |

## ORDER

Upon consideration of [#136] defendants' renewed motion for summary judgment and the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendants' renewed motion for summary judgment is **GRANTED;** and it is further

**ORDERED** that judgment is entered in favor of defendants.


                                                       /s/ John D. Bates                                    
                                                       JOHN D. BATES
                                                       United States District Judge

Date:  September 27, 2005

Copies to:

Daniel Joseph
Jonathan S. Spaeth
Tobias Eli Zimmerman
AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
1333 New Hampshire Avenue, NW, Suite 400
Washington, DC 20036-1511
Email: jspaeth@akingump.com

Peter John Loughlin
HUNTON & WILLIAMS
1900 K Street, NW
Washington, DC 20006
Email: ploughlin@hunton.com

Elizabeth C. Koch
Michael Dennis Sullivan
Chad R. Bowman
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 17th Street, NW, Suite 800
Washington, DC 20036
Email: msullivan@lsklaw.com